ORIGINAL

FILED

09/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0480

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0480

SHAWN T. DAMON,

Petitioner,

v.

SARGEANT BRADLEY BRAGG,

Respondent.

FILED

SEP 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Shawn T. Damon has filed a Petition for Writ of Habeas Corpus, indicating that his bail is excessive and that he is being held in jail. Damon is currently in the Lewis and Clark County Detention Center (LCCDC).

Damon contends that, because he and his family lives on a fixed income, he cannot meet his bail of $25,000. He states that the District Court Judge will not lower his bail until his trial, scheduled in February 2023, and that he needs mental health treatment for his condition and disease. Damon asserts that the Judge is racially profiling him because he is a Native American male in custody.

Damon's remedy is not with this Court. A district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. We secured copies of the docket sheets from the Lewis and Clark County District Court. Damon has three pending criminal cases with fifteen offenses, including at least eight felonies, from the last two years. On September 1, 2022, the District Court released Damon on his own recognizance following his counsel's motion to set bond hearing. Damon's claim is now moot. *Cape v. Crossroads Corr. Ctr.*, 2004 MT 265, ¶ 25, 323 Mont. 140, 99 P.3d 171. Damon has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA.

Accordingly,

IT IS ORDERED that Damon's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Kathy Seeley, First Judicial District Court, Lewis and Clark County; Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause Nos. DC-2021-555; DC-2022-164; and DC-2022-315; Sargeant Bragg, LCCDC; Mary Barry, Deputy County Attorney; Benjamin Darrow, Defense Counsel; counsel of record, and Shawn T. Damon personally.

DATED this 26th day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2